# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC SHANE SILVEIRA, <br><br> Petitioner, <br><br> v. <br><br> J. GASTELO, Warden, <br><br> Respondent. | Case No. 2:20-cv-08021-FMO-MAA <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

The Court also has reviewed Petitioner's objections to the Report and Recommendation, which the Court received and filed on June 14, 2021 ("Objections"). (Objs., ECF No. 16.) As required by Federal Rule of Civil Procedure 72(b)(3), the Court has engaged in de novo review of the portions of the Report and Recommendation to which Petitioner specifically has objected.

The Objections lack merit for the reasons stated in the Report and Recommendation. The Court finds no defect of law, fact, or logic in the Report and Recommendation. The Court concurs with and accepts the findings, conclusions,

and recommendations of the United States Magistrate Judge, and overrules the Objections. However, the Court has determined that this action should be dismissed without prejudice so that Petitioner may file a 42 U.S.C. § 1983 action raising the instant claims.

IT THEREFORE IS ORDERED that (1) the Report and Recommendation of the Magistrate Judge is accepted; and (2) Judgment shall be entered denying the Petition and dismissing this action without prejudice.

DATED: 06/28/2021

/S/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE